*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

# DISTRICT OF COLUMBIA COURT OF APPEALS

06/15/2017

FILED
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

**No. 17-BG-492**

IN RE: PAUL AARON HERMAN, Petitioner.

A Suspended Member of the Bar of the
District of Columbia Court of Appeals

**2017 DDN 41**

**Bar Reg. No. 1013933**

BEFORE: Glickman and McLeese, Associate Judges, and Farrell, Senior Judge.

## ORDER
(Filed – June 15, 2017)

On consideration of Disciplinary Counsel's report regarding petitioner's petition for reinstatement wherein Disciplinary Counsel informs the court that Mr. Herman has demonstrated that he is fit to resume the practice of law, and it appearing that petitioner is eligible to file the petition for reinstatement, *see In re Herman,* 138 A.3d 1195 (D.C. 2016), it is

ORDERED that petitioner's petition for reinstatement is granted. It is

FURTHER ORDERED that Paul Aaron Herman is hereby reinstated to the Bar of the District of Columbia.

**PER CURIAM**